Preference granted for December 1, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOHN CORBETT, an Infant, v. LEROY SCOTT.— Preference granted for November 24, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CHARLOTTE G. MEYER v. PAUL B. SCARFF and Others.— Preference granted for December 1, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THOMAS LECOUREZOS, etc., v. WILLIAM DOUVRES and Others.— Motion for stay denied, with ten dollars costs, and temporary stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MARY E. LAWSON v. THE CITY OF NEW YORK.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ROBERT L. WILLEY, etc., v. CAMERON, MICHEL & Co., INC.— Motion denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JENNIE W. MCCARRON v. AMBROSIA G. MCCARRON.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THERESA E. IRELAND v. SHEPPARD G. SCHERMERHORN.— Motion for stay denied, with ten dollars costs, and temporary stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HENRY WOODHOUSE, Individually and as Chairman, etc., and on Behalf of Himself and All Other Members of the Aero Club of America, etc., Appellant, v. AERO CLUB OF AMERICA and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

BERNIS W. STONE, Appellant, v. COMMONWEALTH FINANCE CORPORATION, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Clarke, P. J., and Merrell, J., dissent, except as to the eighty-first cause of action.

EAST ASIATIC COMPANY, INC., Respondent, v. GORDON, WOLF, COWEN Co., INC., Appellant.— Determination affirmed, with costs, and judgment absolute rendered against the defendant upon its stipulation, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALLERTON 55TH STREET CORPORATION, Appellant, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1922.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALLERTON 55TH STREET CORPORATION, Appellant, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1923.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALLERTON 55TH STREET CORPORATION, Appellant, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1924.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.